**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-00542-REB

LAURA LEE HOWARD,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**FINAL JUDGMENT**

---

      This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in

accordance with the **Order for Judgment and Remand** [#16] entered by Judge Robert

E. Blackburn on September 2, 2015, which order is incorporated herein by this

reference.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the conclusion of the Commissioner through the Administrative Law

Judge that plaintiff was not disabled is **REVERSED**;

      2.  That this matter is remanded to the Commissioner for further administrative

proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

      3.  That judgment enters in favor of plaintiff and against defendant in accordance

with Fed. R. Civ. P. 58 and consistent with the United States Supreme Court's decision

in ***Shalala v. Schaefer***, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d

239 (1993); and

      4.  That plaintiff is awarded her costs, to be taxed by the clerk of the court

pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

DATED at Denver, Colorado, this 2nd day of September, 2015.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ Kathleen Finney
       Kathleen Finney
       Deputy Clerk