**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00542-REB

LAURA LEE HOWARD,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR ATTORNEY
FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

---

**Blackburn, J.**

The matter before me is the parties' **Stipulated Motion for Attorney Fees

Under the Equal Access to Justice Act** [#18],[1] filed November 2, 2015.  As indicated

by the title of the motion, the parties have reached an agreement as to the amount of

attorney fees to be awarded to plaintiff under the EAJA.  I therefore grant the motion

and enter award that amount of fees payable to plaintiff.  ***See Manning v. Astrue***, 510

F.3d 1246, 1249-55 (10th Cir. 2007), ***cert. denied***, 129 S.Ct. 486 (2008).

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the parties' **Stipulated Motion for Attorney Fees Under the Equal

Access to Justice Act** [#18], filed November 2, 2015, is granted; and

---

[1]  "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2.  That under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A),

plaintiff is awarded attorney fees of $5,800.00.[2]

Dated November 3, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[2]  Plaintiff has assigned her right to EAJA fees to her attorneys. The parties have agreed that, if the Commissioner determines that plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program and agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to plaintiff's attorneys.  However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to plaintiff but delivered to plaintiff's attorneys.